*In re* CIRO A. BETANCOURT.

*Número:* RT-2001-3803      *Resuelto:* 16 de mayo de 2003

*Lcda. Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías; *Lcdo. José A. Bravo Abréu*, abogado de la parte peticionaria.

---

## RESOLUCIÓN

Examinada la moción de reconsideración presentada en este caso, se ordena la reinstalación al ejercicio de la abogacía del Sr. Ciro A. Betancourt, efectivo el 1ro de julio de 2003.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Corrada Del Río no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*